Karyn M. Taylor, Esq.
Nevada Bar No. 6142
Taylor Buono, Esq.
Nevada Bar No. 15513
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113-4770
Telephone:   702.862.8800
Fax No.:   702.862.8811
kmtaylor@littler.com
tbuono@littler.com

Attorneys for Defendants
PACIFIC COAST COMPANIES, INC.
and BASALITE BUILDING PRODUCTS, LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| OCTAVIO JUAREZ ARREOLA,<br><br>  Plaintiff,<br><br>v.<br><br>PACIFIC COAST COMPANIES, INC. and BASALITE BUILDING PRODUCTS, LLC,<br><br>  Defendants. | Case No. 3:25-cv-00216-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)** |

Plaintiff OCTAVIO JUAREZ ARREOLA ("Plaintiff") and Defendants PACIFIC COAST COMPANIES, INC. and BASALITE BUILDING PRODUCTS, LLC (jointly referred to as "Defendants"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendants to file a response to the Complaint from the current deadline of May 22, 2025, up to and including **June 11, 2025.**

The requested extension is necessary in light of the fact that Defendants' counsel has just been retained and Defendants need additional time to evaluate the allegations. The additional time will allow Defendants to prepare an appropriate response to the Complaint.

///

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: May 22, 2025

Respectfully submitted,

*/s/ Sean McDowell*
MARK MAUSERT, ESQ.
SEAN MCDOWELL, ESQ.
LAW OFFICE OF MARK MAUSERT

*Attorney for Plaintiff*
OCTAVIO JUAREZ ARREOLA

Dated: May 22, 2025

Respectfully submitted,

*/s/ Karyn M. Taylor*
KARYN M. TAYLOR, ESQ.
TAYLOR BUONO, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendants*
PACIFIC COAST COMPANIES, INC.
and BASALITE BUILDING PRODUCTS, LLC

**IT IS SO ORDERED.**

Dated: May 23, 2025

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON P.C.
8474 Rozita Lee Avneue
Suite 200
Las Vegas, NV  89113-4770
702.862.8800

2

4903-4455-0726.1 / 121247.1001