Karyn M. Taylor, Esq.
Nevada Bar No. 6142
Taylor Buono, Esq.
Nevada Bar No. 15513
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113-4770
Telephone:    702.862.8800
Fax No.:         702.862.8811
kmtaylor@littler.com
tbuono@littler.com

Attorneys for Defendants
PACIFIC COAST COMPANIES, INC.
and BASALITE BUILDING PRODUCTS, LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| OCTAVIO JUAREZ ARREOLA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC COAST COMPANIES, INC. and BASALITE BUILDING PRODUCTS, LLC,<br><br>Defendants. | Case No. 3:25-cv-00216-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>**(SECOND REQUEST)** |

Plaintiff OCTAVIO JUAREZ ARREOLA ("Plaintiff") and Defendants PACIFIC COAST COMPANIES, INC. and BASALITE BUILDING PRODUCTS, LLC (jointly referred to as "Defendants"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant Basalite Building Products, LLC to file a response to the Complaint from the current deadline of June 11, 2025, up to and including **June 20, 2025.**

///

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113
702.862.8800

This is the second request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: June 12, 2025

Respectfully submitted,

/s/ Mark Mausert
MARK MAUSERT, ESQ.
SEAN MCDOWELL, ESQ.
LAW OFFICE OF MARK MAUSERT

*Attorney for Plaintiff*
OCTAVIO JUAREZ ARREOLA

Dated: June 12, 2025

Respectfully submitted,

/s/ Karyn M. Taylor
KARYN M. TAYLOR, ESQ.
TAYLOR BUONO, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendants*
PACIFIC COAST COMPANIES, INC.
and BASALITE BUILDING PRODUCTS, LLC

**IT IS SO ORDERED.**

Dated: June 12, 2025

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON P.C.
8474 Rozita Lee Avneue
Suite 200
Las Vegas, NV 89113-4770
702.862.8800

2

4902-8528-5197.1 / 121247.1001