**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| OCTAVIO JUAREZ ARREOLA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC COAST COMPANIES, INC. AND BASALITE BUILDING PRODUCTS, LLC,<br><br>Defendants. | Case No.: 3:25-cv-00216-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Plaintiff Octavio Juarez Arreola ("Plaintiff") and Defendants Pacific Coast Companies, Inc. and Basalite Building Products, LLC ("Defendants") hereby stipulate and agree to a two-week extension of time, up to and including July 9, 2025, for Plaintiff to file his response to Defendant's Motion to Dismiss (ECF No. 9).

//

//

//

//

//

1

This extension is requested as counsel for Plaintiff has a heavy calendar and his Paralegal will be out of the office this week. This request is not for the purpose of delay. Therefore, the parties respectfully request a two-week extension of time, up to and including July 9, 2025, for Plaintiff to file his response to Defendant's Motion to Dismiss.

| | |
|---|---|
| DATED this 23rd day of June, 2025.<br>MARK MAUSERT LAW OFFICE | DATED this 23rd day of June, 2025.<br>LITTLER MENDELSON, P.C. |
| By: /s/ Mark Mausert<br>MARK MAUSERT<br>SEAN McDOWELL<br>729 Evans Avenue<br>Reno, Nevada 89512 | By: /s/ Karyn Taylor<br>KARYN M. TAYLOR, ESQ.<br>TAYLOR BUONO, ESQ.<br>8474 Rozita Lee Avenue, Suite 200<br>Las Vegas, Nevada 89113 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: June 23, 2025