Mark Mausert
NV Bar No. 2398
Sean McDowell
NV Bar No. 15962
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| OCTAVIO JUAREZ ARREOLA,<br><br>     Plaintiff,<br><br>     v.<br><br>BASALITE BUILDING PRODUCTS, LLC,<br><br>     Defendant. | Case No.: 3:25-cv-00216-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PARTIES TO FILE A JOINT CASE MANAGEMENT REPORT (FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 16, Plaintiff OCTAVIO JUAREZ ARREOLA ("Plaintiff") and Defendant BASALITE BUILDING PRODUCTS, LLC ("Defendant") hereby requests a one-week extension of time, up to and including August 4, 2025, for the parties to file a Joint Case Management Report, per Magistrate Judge Carla Baldwin's Order (ECF No. 12). The present deadline for the parties to file the Joint Case Management Report is July 28, 2025.

The parties respectfully request this extension due to Counsel for Defendant's heavy calendar. This request is not for the purpose of delay. Therefore, the parties respectfully request a

STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE A JOINT CASE MANAGEMENT REPORT (FIRST REQUEST) - 1

one-week extension of time, up to and including August 4, 2025, for the parties to file a Joint Case Management Report.

DATED this 28th day of July, 2025.  
MARK MAUSERT LAW OFFICE

By: */s/ Mark Mausert*  
MARK MAUSERT  
SEAN McDOWELL  
729 Evans Avenue  
Reno, Nevada 89512

*Attorneys for Plaintiff*

DATED this 28th day of July, 2025.  
LITTLER MENDELSON, P.C.

By: */s/ Karyn Taylor*  
KARYN M. TAYLOR, ESQ.  
TAYLOR A. BUONO, ESQ.  
8474 Rozita Lee Avenue, Suite 200  
Las Vegas, Nevada 89113

*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____  
**UNITED STATES MAGISTRATE JUDGE**

DATED: July 29, 2025

STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE A JOINT CASE MANAGEMENT REPORT (FIRST REQUEST) - 2